UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for Quicken Loans, LLC

In Re:
Brian P. Riggins dba B & J Riggins Trucking
Joan Riggins  fka Joan Homan fka Joan Kumiski

Debtor(s).

Case No: 20-17388 ABA

Chapter: 13

Judge: Andrew B. Altenburg Jr.

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Quicken Loans, LLC.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒   All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒All documents and pleadings of any nature.

Date: 10/14/2020

/s/ Denise Carlon
Denise Carlon
14 Oct 2020, 11:17:35, EDT
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*