Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 20−17388−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brian P Riggins
dba B & J Riggins Trucking
2439 South Coast Rd
Shelby, NC 28152

Joan Riggins
fka Joan Homan, fka Joan Kumiski
2439 South Coast Rd
Shelby, NC 28152

Social Security No.:
  xxx−xx−4647

  xxx−xx−0543

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 29, 2020.

On October 30, 2020, the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:           December 9, 2020
Time:           10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 30, 2020
JAN: jpl

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Brian P Riggins  
Joan Riggins  
    Debtor(s)

Case No. 20-17388-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Oct 30, 2020 | Form ID: 185 | Total Noticed: 57 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Brian P Riggins, Joan Riggins, 2439 South Coast Rd, Shelby, NC 28152 |
| cr | + | QUICKEN LOANS, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) QUICKEN, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518861731 | + | 5th 3rd bank, POB 630412, Cincinnati, OH 45263-0412 |
| 518861732 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 518861733 | + | BJ's, PO Box 659834, San Antonio, TX 78265-9134 |
| 518888142 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518861734 | + | Caesars Rewards, PO Box 659584, San Antonio, TX 78265-9584 |
| 518861736 | + | Caterpillar Financial, PO Box 78004, Phoenix, AZ 85062-8004 |
| 518861738 | + | Citibank, PO Box 70166, Philadelphia, PA 19176-0166 |
| 518989774 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518877136 | + | Fifth Third Bank, N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 518880297 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518875892 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518861746 | ++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307 address filed with court:, M+T Bank, 475 Cross Point Pkwy, Getzville, NY 14068 |
| 518903783 | + | M&T Bank, PO Box 1508, Buffalo, N.Y. 14240-1508 |
| 518861750 | + | PNC, PO Box 856177, Louisville, KY 40285-6177 |
| 518894939 | + | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101-4982 |
| 518872649 | + | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) ET.AL., QUICKEN LOANS, LLC FORMERLY KNOWN AS, (FKA)QUICKEN LOANS INC., BANKRUPTCY TEAM,, 635 WOODWARD AVE. DETROIT MI 48226-3408 |
| 518861751 | + | Quicken Loans, PO Box 6577, Carol Stream, IL 60197-6577 |
| 518861752 | + | Quicken Mortgage, POB 6570, Carol Stream, IL 60197-6570 |
| 518861753 | + | Radius Global, PO Box 390900, Minneapolis, MN 55439-0990 |
| 518861754 | + | Robert Patitucci, MD, 70 Cornwell Drive, Bridgeton, NJ 08302-3602 |
| 518861756 | + | State of New Jersey, Gross Income Tax, PO Box 046, Trenton, NJ 08601-0046 |
| 518861757 | + | Sun Trust, PO Box 791278, Baltimore, MD 21279-1278 |
| 518872263 | + | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 518895189 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 518861760 | + | Wells Fargo, PO Box 77053, Minneapolis, MN 55480-7753 |
| 518889145 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 30 2020 21:20:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 30 2020 21:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark |

Case 20-17388-ABA    Doc 44    Filed 11/01/20    Entered 11/01/20 23:20:12    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 30, 2020 | Form ID: 185 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| | | | | Center, Suite 2100, Newark, NJ 07102-5235 |
| 518869130 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 30 2020 21:20:00 | American Honda Finance Corporation, P.O. Box 168088, Irving TX 75016-8088 |
| 518917169 | + | Email/Text: g20956@att.com | Oct 30 2020 21:21:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 518896901 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 30 2020 21:20:00 | American Honda Fin Corp, POB 168088, Irving, TX 75016-8088 |
| 518861735 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 30 2020 21:07:44 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 518861739 | + | Email/Text: mediamanagers@clientservices.com | Oct 30 2020 21:19:00 | Client Services, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 518861740 | + | Email/Text: mrdiscen@discover.com | Oct 30 2020 21:19:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 518872553 | | Email/Text: mrdiscen@discover.com | Oct 30 2020 21:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 518861741 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 30 2020 21:20:00 | Good Sam, PO Box 659820, San Antonio, TX 78265-9120 |
| 518861743 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 30 2020 21:20:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518861737 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 30 2020 21:08:55 | Chase, PO Box 1423, Charlotte, NC 28201 |
| 518861744 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 30 2020 21:21:00 | Key Bank, 127 Public Square, Cleveland, OH 44114-1226 |
| 518910341 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 30 2020 21:21:00 | KeyBank, N.A., 4910 Tiedeman Rd., Brooklyn, OH 44144-2338 |
| 518923807 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2020 21:09:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518861745 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 30 2020 21:07:40 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 518861747 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 30 2020 21:10:07 | Old Navy, PO Box 960017, Orlando, FL 32896-0017 |
| 518930021 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2020 21:07:49 | Portfolio Recovery Associates, LLC, c/o Aeo Inc, POB 41067, Norfolk VA 23541 |
| 518919561 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2020 21:09:02 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518920328 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2020 21:10:17 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518861748 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 30 2020 21:08:54 | Pay Pal, PO Box 960080, Orlando, FL 32896-0080 |
| 518861749 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 30 2020 21:20:00 | Piercing Pagoda, PO Box 659819, San Antonio, TX 78265-9119 |
| 518921399 | | Email/Text: bnc-quantum@quantum3group.com | Oct 30 2020 21:20:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518921398 | | Email/Text: bnc-quantum@quantum3group.com | Oct 30 2020 21:20:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518861755 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 30 2020 21:20:00 | Sportsman Guide, PO Box 659569, San Antonio, TX 78265-9569 |
| 518861758 | + | Email/Text: claimsdepartment@sunnova.com | Oct 30 2020 21:19:00 | Sunnova, 20 Greenway Plaza, Houston, TX 77046-2011 |
| 518918144 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 30 2020 21:07:40 | Synchrony Bank, c/o PRA Receivables |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 30, 2020 | Form ID: 185 | Total Noticed: 57 |

| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|---|
| 518862551 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 30 2020 21:07:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518861742 | * | Internal Revenue Service, ATTN: Special Procedures Branch, Bankrup, Springfield, NJ 07081-0724 |
| 518875943 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518930020 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518872650 | *+ | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) ET.AL., QUICKEN LOANS, LLC FORMERLY KNOWN AS, (FKA) QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518861759 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, US Bank, PO Box 790408, Saint Louis, MO 63179 |
| jdb | * | Joan Riggins, 2439 South Coast Rd, Shelby, NC 28152 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2020            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2020 at the address(es) listed below:

**Name**            **Email Address**

Andrew L. Spivack
            on behalf of Creditor QUICKEN LOANS  LLC andrew.spivack@brockandscott.com

Denise E. Carlon
            on behalf of Creditor QUICKEN LOANS  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
            ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jane L. McDonald
            on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Robert Davidow
            on behalf of Creditor QUICKEN LOANS  LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC. nj.bkecf@fedphe.com

Robert Davidow
            on behalf of Creditor QUICKEN LOANS  LLC nj.bkecf@fedphe.com

Terry Tucker
            on behalf of Debtor Brian P Riggins terrytucker@comcast.net

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 30, 2020 | Form ID: 185 | Total Noticed: 57 |

Terry Tucker
    on behalf of Joint Debtor Joan Riggins terrytucker@comcast.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9