Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−17388−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brian P Riggins | Joan Riggins |
| dba B & J Riggins Trucking | fka Joan Homan, fka Joan Kumiski |
| 2439 South Coast Rd | 2439 South Coast Rd |
| Shelby, NC 28152 | Shelby, NC 28152 |

Social Security No.:
   xxx−xx−4647                          xxx−xx−0543

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 9, 2020.

Dated: December 9, 2020
JAN: bc

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 20-17388-ABA
Brian P Riggins                                                                         Chapter 13
Joan Riggins
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin           Page 1 of 4
Date Rcvd: Dec 09, 2020           Form ID: plncf13           Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Brian P Riggins, Joan Riggins, 2439 South Coast Rd, Shelby, NC 28152 |
| cr | + | QUICKEN LOANS, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) QUICKEN, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518861731 | + | 5th 3rd bank, POB 630412, Cincinnati, OH 45263-0412 |
| 518861732 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 518861733 | + | BJ's, PO Box 659834, San Antonio, TX 78265-9134 |
| 518888142 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518861734 | + | Caesars Rewards, PO Box 659584, San Antonio, TX 78265-9584 |
| 518861736 | + | Caterpillar Financial, PO Box 78004, Phoenix, AZ 85062-8004 |
| 518861738 | + | Citibank, PO Box 70166, Philadelphia, PA 19176-0166 |
| 518989774 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518877136 | + | Fifth Third Bank, N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 518880297 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518875892 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518861746 | ++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307 address filed with court:, M+T Bank, 475 Cross Point Pkwy, Getzville, NY 14068 |
| 518903783 | + | M&T Bank, PO Box 1508, Buffalo, N.Y. 14240-1508 |
| 518872649 | + | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) ET.AL., QUICKEN LOANS, LLC FORMERLY KNOWN AS, (FKA)QUICKEN LOANS INC., BANKRUPTCY TEAM,, 635 WOODWARD AVE. DETROIT MI 48226-3408 |
| 518861751 | + | Quicken Loans, PO Box 6577, Carol Stream, IL 60197-6577 |
| 518861752 | + | Quicken Mortgage, POB 6570, Carol Stream, IL 60197-6570 |
| 518861753 | + | Radius Global, PO Box 390900, Minneapolis, MN 55439-0990 |
| 518861754 | + | Robert Patitucci, MD, 70 Cornwell Drive, Bridgeton, NJ 08302-3602 |
| 519021312 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695 |
| 518861756 | + | State of New Jersey, Gross Income Tax, PO Box 046, Trenton, NJ 08601-0046 |
| 518861757 | + | Sun Trust, PO Box 791278, Baltimore, MD 21279-1278 |
| 518872263 | + | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 518895189 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 518861760 | + | Wells Fargo, PO Box 77053, Minneapolis, MN 55480-7753 |
| 518889145 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 09 2020 21:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 09 2020 21:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark |

Case 20-17388-ABA    Doc 48    Filed 12/11/20    Entered 12/12/20 00:17:36    Desc Imaged
                        Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 09, 2020 | Form ID: plncf13 | Total Noticed: 58 |

| Notice No. | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518869130 | | Email/Text: ebnbankruptcy@ahm.honda.com  Dec 09 2020 21:28:00 | | American Honda Finance Corporation, P.O. Box 168088, Irving TX 75016-8088 |
| 518917169 | + | Email/Text: g20956@att.com  Dec 09 2020 21:29:00 | | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 518896901 | | Email/Text: ebnbankruptcy@ahm.honda.com  Dec 09 2020 21:28:00 | | American Honda Fin Corp, POB 168088, Irving, TX 75016-8088 |
| 518861735 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com  Dec 09 2020 22:12:38 | | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 518861739 | + | Email/Text: mediamanagers@clientservices.com  Dec 09 2020 21:27:00 | | Client Services, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 518861740 | + | Email/Text: mrdiscen@discover.com  Dec 09 2020 21:27:00 | | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 518872553 | | Email/Text: mrdiscen@discover.com  Dec 09 2020 21:27:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 518861741 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM  Dec 09 2020 21:28:00 | | Good Sam, PO Box 659820, San Antonio, TX 78265-9120 |
| 518861743 | + | Email/Text: sbse.cio.bnc.mail@irs.gov  Dec 09 2020 21:27:00 | | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518861737 | | Email/PDF: ais.chase.ebn@americaninfosource.com  Dec 09 2020 22:10:44 | | Chase, PO Box 1423, Charlotte, NC 28201 |
| 518861744 | + | Email/Text: key_bankruptcy_ebnc@keybank.com  Dec 09 2020 21:28:00 | | Key Bank, 127 Public Square, Cleveland, OH 44114-1226 |
| 518910341 | + | Email/Text: key_bankruptcy_ebnc@keybank.com  Dec 09 2020 21:28:00 | | KeyBank, N.A., 4910 Tiedeman Rd., Brooklyn, OH 44144-2338 |
| 518923807 | | Email/PDF: resurgentbknotifications@resurgent.com  Dec 09 2020 22:11:54 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518861745 | + | Email/PDF: gecsedi@recoverycorp.com  Dec 09 2020 22:10:43 | | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 518861747 | + | Email/PDF: gecsedi@recoverycorp.com  Dec 09 2020 22:11:38 | | Old Navy, PO Box 960017, Orlando, FL 32896-0017 |
| 518861750 | | Email/Text: Bankruptcy.Notices@pnc.com  Dec 09 2020 21:27:00 | | PNC, PO Box 856177, Louisville, KY 40285 |
| 518894939 | | Email/Text: Bankruptcy.Notices@pnc.com  Dec 09 2020 21:27:00 | | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 518930021 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Dec 09 2020 22:10:53 | | Portfolio Recovery Associates, LLC, c/o Aeo Inc, POB 41067, Norfolk VA 23541 |
| 518919561 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Dec 09 2020 22:12:46 | | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518920328 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Dec 09 2020 22:10:53 | | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518861748 | + | Email/PDF: gecsedi@recoverycorp.com  Dec 09 2020 22:10:43 | | Pay Pal, PO Box 960080, Orlando, FL 32896-0080 |
| 518861749 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM  Dec 09 2020 21:28:00 | | Piercing Pagoda, PO Box 659819, San Antonio, TX 78265-9119 |
| 518921399 | | Email/Text: bnc-quantum@quantum3group.com  Dec 09 2020 21:28:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518921398 | | Email/Text: bnc-quantum@quantum3group.com  Dec 09 2020 21:28:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518861755 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM  Dec 09 2020 21:28:00 | | Sportsman Guide, PO Box 659569, San Antonio, TX 78265-9569 |

Center, Suite 2100, Newark, NJ 07102-5235

Case 20-17388-ABA    Doc 48    Filed 12/11/20    Entered 12/12/20 00:17:36    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 09, 2020 | Form ID: plncf13 | Total Noticed: 58 |

| 518861758 | + Email/Text: claimsdepartment@sunnova.com | | |
|---|---|---|---|
| | | Dec 09 2020 21:27:00 | Sunnova, 20 Greenway Plaza, Houston, TX 77046-2011 |
| 518918144 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 09 2020 22:11:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518862551 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 09 2020 22:11:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518861742 | * | Internal Revenue Service, ATTN: Special Procedures Branch, Bankrup, Springfield, NJ 07081-0724 |
| 518875943 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518930020 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518872650 | *+ | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) ET.AL., QUICKEN LOANS, LLC FORMERLY KNOWN AS, (FKA) QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518861759 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, US Bank, PO Box 790408, Saint Louis, MO 63179 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Robert Davidow | on behalf of Creditor QUICKEN LOANS  LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC. nj.bkecf@fedphe.com |
| Robert Davidow | on behalf of Creditor QUICKEN LOANS  LLC nj.bkecf@fedphe.com |
| Terry Tucker | on behalf of Debtor Brian P Riggins terrytucker@comcast.net |

District/off: 0312-1 User: admin Page 4 of 4
Date Rcvd: Dec 09, 2020 Form ID: plncf13 Total Noticed: 58

Terry Tucker
          on behalf of Joint Debtor Joan Riggins terrytucker@comcast.net

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8