Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 20-17388 (ABA)**

Brian P. Riggins and Joan Riggins  
2439 South Coast Road  
Shelby, NC  28152

Monthly Payment: $3,882.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 06/29/2020 | $393.00 | 07/28/2020 | $393.00 | 08/31/2020 | $393.00 | 09/28/2020 | $393.00 |
| 10/26/2020 | $393.00 | 11/05/2020 | $762.00 | 12/01/2020 | $1,155.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | BRIAN P. RIGGINS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $4,350.00 | $2,507.38 | $1,842.62 | $0.00 |
| 1 | FIFTH THIRD BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP, LLC | 33 | $8,209.30 | $0.00 | $8,209.30 | $0.00 |
| 3 | BANK OF AMERICA, N.A. | 33 | $3,357.38 | $0.00 | $3,357.38 | $0.00 |
| 4 | CAESARS REWARDS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,653.64 | $0.00 | $3,653.64 | $0.00 |
| 6 | CATERPILLAR FINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, N.A. | 33 | $2,842.96 | $0.00 | $2,842.96 | $0.00 |
| 8 | CITIBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | LVNV FUNDING, LLC | 33 | $2,815.91 | $0.00 | $2,815.91 | $0.00 |
| 10 | DISCOVER BANK | 33 | $2,784.37 | $0.00 | $2,784.37 | $0.00 |
| 11 | QUANTUM3 GROUP, LLC | 33 | $3,086.57 | $0.00 | $3,086.57 | $0.00 |
| 12 | DEPARTMENT OF THE TREASURY | 28 | $22,198.18 | $0.00 | $22,198.18 | $0.00 |
| 13 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | KEYBANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,833.64 | $0.00 | $1,833.64 | $0.00 |
| 16 | M+T BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | SYNCHRONY BANK | 33 | $2,288.65 | $0.00 | $2,288.65 | $0.00 |
| 18 | PNC BANK, N.A. | 33 | $1,059.20 | $0.00 | $1,059.20 | $0.00 |
| 19 | SYNCHRONY BANK | 33 | $3,810.66 | $0.00 | $3,810.66 | $0.00 |
| 20 | QUANTUM3 GROUP, LLC | 33 | $661.63 | $0.00 | $661.63 | $0.00 |
| 21 | QUICKEN LOANS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | QUICKEN LOANS, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | RADIUS GLOBAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | ROBERT PATITUCCI, MD | 33 | $440.00 | $0.00 | $440.00 | $0.00 |
| 25 | QUANTUM3 GROUP, LLC | 33 | $3,115.55 | $0.00 | $3,115.55 | $0.00 |
| 26 | STATE OF NEW JERSEY | 28 | $2,173.00 | $0.00 | $2,173.00 | $0.00 |
| 27 | SUNTRUST BANK | 33 | $12,465.91 | $0.00 | $12,465.91 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 28 | SUNNOVA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | U.S. BANK, N.A. | 33 | $10,653.06 | $0.00 | $10,653.06 | $0.00 |
| 31 | WELLS FARGO BANK, N.A. | 33 | $3,097.20 | $0.00 | $3,097.20 | $0.00 |
| 32 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | JOAN RIGGINS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | AMERICAN HONDA FINANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | DISCOVER BANK | 33 | $3,739.68 | $0.00 | $3,739.68 | $0.00 |
| 37 | JPMORGAN CHASE BANK, N.A. | 33 | $2,808.55 | $0.00 | $2,808.55 | $0.00 |
| 38 | JPMORGAN CHASE BANK, N.A. | 33 | $7,644.32 | $0.00 | $7,644.32 | $0.00 |
| 39 | DEPARTMENT OF THE TREASURY | 33 | $3,015.27 | $0.00 | $3,015.27 | $0.00 |
| 40 | BANK OF AMERICA, N.A. | 33 | $1,819.98 | $0.00 | $1,819.98 | $0.00 |
| 41 | BANK OF AMERICA, N.A. | 33 | $5,435.36 | $0.00 | $5,435.36 | $0.00 |
| 42 | U.S. BANK, N.A. | 33 | $4,897.84 | $0.00 | $4,897.84 | $0.00 |
| 43 | SUNNOVA | 33 | $1,069.54 | $0.00 | $1,069.54 | $0.00 |
| 44 | M & T BANK | 33 | $2,886.67 | $0.00 | $2,886.67 | $0.00 |
| 45 | AT&T MOBILITY II, LLC | 33 | $2,875.04 | $0.00 | $2,875.04 | $0.00 |
| 46 | QUANTUM3 GROUP, LLC | 33 | $632.83 | $0.00 | $632.83 | $0.00 |
| 47 | LVNV FUNDING, LLC | 33 | $1,537.80 | $0.00 | $1,537.80 | $0.00 |
| 48 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,711.78 | $0.00 | $2,711.78 | $0.00 |
| 49 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,954.06 | $0.00 | $2,954.06 | $0.00 |
| 50 | BJ'S | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | GOOD SAM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | LOWES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53 | OLD NAVY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | PIERCING PAGODA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 55 | QUICKEN LOANS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 56 | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) Q | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 57 | AT&T MOBILITY II LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 58 | AMERICAN HONDA FIN CORP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 59 | AMERICAN HONDA FINANCE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 60 | BANK OF AMERICA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 61 | DISCOVER BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 62 | FIFTH THIRD BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | Paid this Period |
| 63 | JPMORGAN CHASE BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 64 | JPMORGAN CHASE BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 65 | KEYBANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 66 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 67 | M & T BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 68 | PNC BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 69 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 70 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 71 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 72 | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) E | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 73 | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) E | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 74 | QUANTUM3 GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 75 | QUANTUM3 GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 76 | SUNTRUST BANK NOW TRUIST BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 77 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 78 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 79 | U.S. BANK NATIONAL ASSOCIATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 80 | WELLS FARGO BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 3 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 20-17388 (ABA)**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2020 | 5.00 | $0.00 |
| 12/01/2020 | Paid to Date | $3,882.00 |
| 01/01/2021 | 54.00 | $1,171.00 |
| 07/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,882.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $1,057.98 |
| Arrearages: | $0.00 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**