B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

DISTRICT OF NEW JERSEY

In Re:  
BRIAN P RIGGINS

JOAN RIGGINS

Case No. 2017388

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of  
Portfolio Recovery Associates, LLC  
------------------------------------------  
Name of Transferee

Synchrony Bank  
------------------------------------------  
Name of Transferor

Name and Address where notices to transferee should be sent:  
Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk, VA 23541

Court Claim # (if known): 23  
Amount of Claim: $3,810.66  
Date Claim Filed: 08/05/2020

Phone: (877)829-8298  
Last Four Digits of Acct #: 2807

Phone:  
Last Four Digits of Acct #: 2807

Name and Address where transferee payments should be sent (if different from above)  
Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk, VA 23541

Seller Information  
SYNCHRONY BANK  
4500 MUNSON STREET  
CANTON OH 44718

Phone: (877)829-8298  
Last Four Digits of Acct #: 2807

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Deborah S. Calvert       Date: 11/16/2022  
       ------------------------------------------  
       Transferee/Transferee's Agent  
Email: Bankruptcy_Info@prareceivables.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571



4500 Munson St NW
Canton OH 44718, U.S.

# BILL of SALE

## PRA (SBBLPBKS) – PLCC PPC CH13 Control BULK – September 2022

For value received and in further consideration of the mutual covenants and conditions set forth in the Accounts Purchase Agreement (the "Agreement"), dated as of this 16th day of September, 2022, by and between Synchrony Bank formerly known as GE Capital Retail Bank, RFS Holding, L.L.C., Synchrony Card Funding, LLC and Retail Finance Credit Services, LLC., (collectively, "Seller") and Portfolio Recovery Associates, LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Accounts as set forth in the Notification File (as defined in the Agreement), delivered by Seller to Buyer on or about 21st day of September 2022, and as further described in the Agreement.

Synchrony Bank
By: *Lynne Fisher*
Lynne Fisher (Sep 29, 2022 17:15 EDT)
Lynne Fisher
Title: SVP Recovery Operations

RFS Holding LLC
By: *Lynne Fisher*
Lynne Fisher (Sep 29, 2022 17:15 EDT)
Lynne Fisher
Title: Duly Authorized Signatory

Synchrony Card Funding, LLC
By: *Lynne Fisher*
Lynne Fisher (Sep 29, 2022 17:15 EDT)
Lynne Fisher
Title: Duly Authorized Signatory

Retail Finance Credit Services, LLC
By: *Lynne Fisher*
Lynne Fisher (Sep 29, 2022 17:15 EDT)
Lynne Fisher
Title: Vice President