# STATE OF NORTH CAROLINA
## CLEVELAND COUNTY
## OFFICE OF THE REGISTER OF DEEDS

**NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**NC VITAL RECORDS**
**CERTIFICATE OF DEATH**

Death 204730
Book 103 Page 199

REGISTRATION DISTRICT NO: 023-CC
COUNTY OF DEATH: Cleveland

**DECEDENT'S LEGAL NAME**
- 1a. FIRST: Joan
- 1b. MIDDLE: (blank)
- 1c. LAST: Riggins
- 1d. SUFFIX: (blank)
- 1e. LAST NAME PRIOR TO FIRST MARRIAGE: Kumiski

- 2. SEX: F
- 3a. AGE-LAST BIRTHDAY (Yrs): 56
- 4. DATE OF BIRTH: May 25, 1964
- 5. BIRTHPLACE: Cumberland/NJ
- 6. DATE OF DEATH: February 18, 2021

**PLACE OF DEATH**: Decedent's home
- 7c. FACILITY NAME: 2439 S. Post Rd
- 7d. CITY OR TOWN: Shelby
- 7e. COUNTY OF DEATH: Cleveland

- 8. MARITAL STATUS: Married
- 9. SURVIVING SPOUSE: Brian P. Riggins
- 10a. DECEDENT'S USUAL OCCUPATION: Homemaker
- 10b. KIND OF BUSINESS/INDUSTRY: Own Home

- 11. SOCIAL SECURITY NUMBER: 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
- 12a. RESIDENCE-STATE: North Carolina
- 12b. COUNTY: Cleveland
- 12c. CITY OR TOWN: Shelby
- 12d. STREET AND NUMBER: 2439 S Post Rd
- 12e. INSIDE CITY LIMITS: No
- 12f. ZIP CODE: 28152
- 13. WAS DECEDENT EVER IN U.S. ARMED FORCES: No

- 14. DECEDENT'S EDUCATION: 9th-12th grade, no diploma
- 15. DECEDENT OF HISPANIC ORIGIN: No, not Spanish/Hispanic/Latino
- 16. DECEDENT'S RACE: White

- 17. FATHER/PARENT NAME: Robert Kumiski
- 18. MOTHER/PARENT NAME: Joan Viola Garrison

- 19a. INFORMANT'S NAME: Brian P. Riggins
- 19b. RELATIONSHIP TO DECEDENT: Husband
- 19c. MAILING ADDRESS: 2439 S Post Rd, Shelby, NC 28152

- 20a. METHOD OF DISPOSITION: Cremation
- 20b. PLACE OF DISPOSITION: Cecil M. Burton F.H. & Crematory
- 20c. LOCATION: Shelby, NC

- 21a. SIGNATURE OF FUNERAL DIRECTOR: (signed)
- 21b. LICENSE NUMBER: FS 1083
- 21c. NAME OF EMBALMER: (Not Embalmed)

- 22. NAME AND ADDRESS OF FUNERAL HOME: Cecil M. Burton Funeral Home & Crematory, 106 Cherryville Road Shelby, NC 28150

**23. CAUSE OF DEATH**
- IMMEDIATE CAUSE: Atherosclerotic Cardiovascular Disease

- 24a. WAS AN AUTOPSY PERFORMED: No
- 24b. WERE AUTOPSY FINDINGS AVAILABLE: No

- 25. MANNER OF DEATH: Natural
- 26a. WAS CASE REFERRED TO MEDICAL EXAMINER: Yes
- 27. TIME OF DEATH: 1:37 PM
- 28. DID TOBACCO USE CONTRIBUTE TO DEATH: Probably
- 29. IF FEMALE: Not pregnant within past year

- 30. DATE PRONOUNCED: 2-18-2021

- 32. CERTIFIER: Medical Examiner
- 33a. SIGNATURE AND TITLE OF CERTIFIER: Gail H Brackett Cut/P ME
- 33c. DATE SIGNED: 2-19-2021
- 33d. NAME AND ADDRESS OF CERTIFIER: Gail H Brackett 5102 Seven Pines Rd Lawndale NC 28090

- 35. DATE FILED: 2-23-2021

Volume 103 Page 199

This is to certify that this is a true and correct reproduction or abstract of the official record filed in this office.

023-008462

Betsy S. Harnage
Register of Deeds
Cleveland County

Witness my hand and official seal this the 23RD day of FEBRUARY 20 21

By: (signed) Deputy/Assistant Register of Deeds

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Any alteration or erasure voids this certificate. Do not accept without security paper with Register of Deeds seal clearly embossed in left corner.