Form clsnodsc − ntcclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20−17388−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Brian P Riggins                                      Joan Riggins
   dba B & J Riggins Trucking                           fka Joan Homan, fka Joan Kumiski
   2439 South Post Rd.                                  2439 South Coast Rd
   Shelby, NC 28152                                     Shelby, NC 28152

Social Security No.:
   xxx−xx−4647                                          xxx−xx−0543

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after December 1, 2025 for the reason(s) indicated below.

☐   Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐   Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: October 30, 2025
JAN: jgd

                                                                                   Jeanne Naughton
                                                                                   Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-17388-ABA

Brian P Riggins  Chapter 13

Joan Riggins

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: Oct 30, 2025  Form ID: clsnodsc  Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian P Riggins, 2439 South Post Rd., Shelby, NC 28152-8210 |
| jdb | | Joan Riggins, 2439 South Coast Rd, Shelby, NC 28152 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 30 2025 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 30 2025 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2025  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 30, 2025 | Form ID: clsnodsc | Total Noticed: 4 |

Andrew B Finberg
    on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
    on behalf of Creditor QUICKEN LOANS  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jane L. McDonald
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Terry Tucker
    on behalf of Debtor Brian P Riggins terrytucker@comcast.net

Terry Tucker
    on behalf of Joint Debtor Joan Riggins terrytucker@comcast.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7