UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on November 25, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Brian P Riggins
Joan Riggins

Case No.: 20-17388

Judge: ABA

Chapter: 13

# ORDER VACATING DISCHARGE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 25, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having noted that ___Brian P Riggins and Joan Riggins___, the debtor(s) in this case was/were discharged on ___11/24/2025___, and that the discharge must be vacated for the reason(s) stated below:

- ❏ Debtor(s) received a discharge in this case on _____,

- ❏ Debtor(s) received a discharge in a previous case bearing case number _____, which case was commenced on _____ in the _____ Bankruptcy Court,

- ❏ Adversary Proceeding number _____ objecting to the debtor's discharge is pending,

- ❏ Debtor(s) has not filed a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the instructional course requirements for discharge,

- ❏ Debtor(s) has not filed a *Certification in Support of Discharge* certifying that all domestic support obligations currently due have been paid,

- ❏ The filing fee due in this case has not been paid in full,

- ☒ Other: ___Discharge Issued Prematurely___,

IT IS ORDERED that said discharge order is vacated.

*Rev. 2-11-21*

2