Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 20−17388−ABA
                    Chapter: 13
                    Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brian P Riggins | Joan Riggins |
| dba B & J Riggins Trucking | fka Joan Homan, fka Joan Kumiski |
| 2439 South Post Rd. | 2439 South Coast Rd |
| Shelby, NC 28152 | Shelby, NC 28152 |

Social Security No.:
  xxx−xx−4647                                 xxx−xx−0543

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 3, 2025</u>                     <u>Andrew B. Altenburg Jr.</u>
                                                    Judge, United States Bankruptcy Court