| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Brian P Riggins<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4647<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Joan Riggins<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0543<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   20–17388–ABA | | |

## Order of Discharge                                                                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Brian P Riggins
   dba B & J Riggins Trucking

<u>12/3/25</u>                                                               **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support
    obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
    in 11 U.S.C. §§ 507(a)(8)( C),
    523(a)(1)(B), or 523(a)(1)(C) to the
    extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-17388-ABA |
| Brian P Riggins | Chapter 13 |
| Joan Riggins | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 03, 2025 | Form ID: 3180WJ1 | Total Noticed: 61 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian P Riggins, 2439 South Post Rd., Shelby, NC 28152-8210 |
| jdb | | Joan Riggins, 2439 South Coast Rd, Shelby, NC 28152 |
| cr | + | QUICKEN LOANS, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) QUICKEN, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518861731 | + | 5th 3rd bank, POB 630412, Cincinnati, OH 45263-0412 |
| 518861733 | | BJ's, PO Box 659834, San Antonio, TX 78265 |
| 518989774 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518861746 | ++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307 address filed with court:, M+T Bank, 475 Cross Point Pkwy, Getzville, NY 14068 |
| 518861752 | + | Quicken Mortgage, POB 6570, Carol Stream, IL 60197-6570 |
| 518861758 | + | Sunnova, 20 Greenway Plaza, Houston, TX 77046-2011 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518869130 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 03 2025 20:49:00 | American Honda Finance Corporation, P.O. Box 168088, Irving TX 75016-8088 |
| 518917169 | + | EDI: ATTWIREBK.COM | Dec 04 2025 01:40:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 518896901 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 03 2025 20:49:00 | American Honda Fin Corp, POB 168088, Irving, TX 75016-8088 |
| 518861732 | | EDI: BANKAMER | Dec 04 2025 01:40:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 518888142 | + | EDI: BANKAMER2 | Dec 04 2025 01:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518861734 | | EDI: WFNNB.COM | Dec 04 2025 01:40:00 | Caesars Rewards, PO Box 659584, San Antonio, TX 78265 |
| 518861735 | + | EDI: CAPITALONE.COM | | |

Case 20-17388-ABA   Doc 77   Filed 12/05/25   Entered 12/06/25 00:18:27   Desc Imaged
                              Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 03, 2025 | Form ID: 3180WJ1 | Total Noticed: 61 |

| | | | |
|---|---|---|---|
| | | Dec 04 2025 01:40:00 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 518861736 | + EDI: CITICORP | | |
| | | Dec 04 2025 01:40:00 | Caterpillar Financial, PO Box 78004, Phoenix, AZ 85062-8004 |
| 518861737 | + EDI: JPMORGANCHASE | | |
| | | Dec 04 2025 01:40:00 | Chase, PO Box 1423, Charlotte, NC 28201-1423 |
| 518861738 | + EDI: CITICORP | | |
| | | Dec 04 2025 01:40:00 | Citibank, PO Box 70166, Philadelphia, PA 19176-0166 |
| 518861739 | + Email/Text: mediamanagers@clientservices.com | | |
| | | Dec 03 2025 20:48:00 | Client Services, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 518861740 | + EDI: DISCOVER | | |
| | | Dec 04 2025 01:40:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 518872553 | EDI: DISCOVER | | |
| | | Dec 04 2025 01:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 518877136 | + Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | | |
| | | Dec 03 2025 20:48:00 | Fifth Third Bank, N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 518861741 | EDI: WFNNB.COM | | |
| | | Dec 04 2025 01:40:00 | Good Sam, PO Box 659820, San Antonio, TX 78265 |
| 518861743 | + EDI: IRS.COM | | |
| | | Dec 04 2025 01:40:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518880297 | + Email/Text: RASEBN@raslg.com | | |
| | | Dec 03 2025 20:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518875892 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | Dec 03 2025 20:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518861744 | + Email/Text: key_bankruptcy_ebnc@keybank.com | | |
| | | Dec 03 2025 20:49:00 | Key Bank, 127 Public Square, Cleveland, OH 44114-1221 |
| 518910341 | + Email/Text: key_bankruptcy_ebnc@keybank.com | | |
| | | Dec 03 2025 20:49:00 | KeyBank, N.A., 4910 Tiedeman Rd., Brooklyn, OH 44144-2338 |
| 518923807 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 03 2025 20:56:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518861745 | + EDI: SYNC | | |
| | | Dec 04 2025 01:40:00 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 518903783 | + Email/Text: camanagement@mtb.com | | |
| | | Dec 03 2025 20:48:00 | M&T Bank, PO Box 1508, Buffalo, N.Y. 14240-1508 |
| 518861747 | + EDI: SYNC | | |
| | | Dec 04 2025 01:40:00 | Old Navy, PO Box 960017, Orlando, FL 32896-0017 |
| 518861750 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Dec 03 2025 20:48:00 | PNC, PO Box 856177, Louisville, KY 40285 |
| 518894939 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Dec 03 2025 20:48:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 519771738 | EDI: PRA.COM | | |
| | | Dec 04 2025 01:40:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519771739 | EDI: PRA.COM | | |
| | | Dec 04 2025 01:40:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518930021 | EDI: PRA.COM | | |
| | | Dec 04 2025 01:40:00 | Portfolio Recovery Associates, LLC, c/o Aeo Inc, POB 41067, Norfolk VA 23541 |
| 518919561 | EDI: PRA.COM | | |
| | | Dec 04 2025 01:40:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518920328 | EDI: PRA.COM | | |
| | | Dec 04 2025 01:40:00 | Portfolio Recovery Associates, LLC, c/o Lowes, |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 03, 2025 | Form ID: 3180WJ1 | Total Noticed: 61 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | POB 41067, Norfolk VA 23541 |
| 518861748 | + | EDI: SYNC | Dec 04 2025 01:40:00 | Pay Pal, PO Box 960080, Orlando, FL 32896-0080 |
| 518861749 | | EDI: WFNNB.COM | Dec 04 2025 01:40:00 | Piercing Pagoda, PO Box 659819, San Antonio, TX 78265 |
| 518872649 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Dec 03 2025 20:49:00 | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) ET.AL., QUICKEN LOANS, LLC FORMERLY KNOWN AS, (FKA)QUICKEN LOANS INC., BANKRUPTCY TEAM,, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518921399 | | EDI: Q3G.COM | Dec 04 2025 01:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518921398 | | EDI: Q3G.COM | Dec 04 2025 01:40:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518861751 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Dec 03 2025 20:49:00 | Quicken Loans, PO Box 6577, Carol Stream, IL 60197-6577 |
| 518861753 | + | Email/Text: ngisupport@radiusgs.com | Dec 03 2025 20:48:00 | Radius Global, PO Box 390900, Minneapolis, MN 55439-0990 |
| 519021312 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 03 2025 20:48:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695 |
| 518861755 | | EDI: WFNNB.COM | Dec 04 2025 01:40:00 | Sportsman Guide, PO Box 659569, San Antonio, TX 78265 |
| 518861756 | ^ | MEBN | Dec 03 2025 20:47:54 | State of New Jersey, Gross Income Tax, PO Box 046, Trenton, NJ 08601-0046 |
| 518861757 | + | Email/Text: bankruptcy@bbandt.com | Dec 03 2025 20:48:00 | Sun Trust, PO Box 791278, Baltimore, MD 21279-1278 |
| 518872263 | + | Email/Text: bankruptcy@bbandt.com | Dec 03 2025 20:48:00 | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 518918144 | + | EDI: PRA.COM | Dec 04 2025 01:40:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518862551 | + | EDI: PRA.COM | Dec 04 2025 01:40:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518895189 | | EDI: USBANKARS.COM | Dec 04 2025 01:40:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 518861759 | | EDI: USBANKARS.COM | Dec 04 2025 01:40:00 | US Bank, PO Box 790408, Saint Louis, MO 63179 |
| 518861760 | + | EDI: WFCCSBK | Dec 04 2025 01:40:00 | Wells Fargo, PO Box 77053, Minneapolis, MN 55480-7753 |
| 518889145 | | EDI: WFCCSBK | Dec 04 2025 01:40:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 51

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518861742 | * | Internal Revenue Service, ATTN: Special Procedures Branch, Bankrup, Springfield, NJ 07081-0724 |
| 518875943 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

| | | | |
|---|---|---|---|
| 518930020 | *P++ | | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518872650 | *+ | | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) ET.AL., QUICKEN LOANS, LLC FORMERLY KNOWN AS, (FKA) QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518861754 | ##+ | | Robert Patitucci, MD, 70 Cornwell Drive, Bridgeton, NJ 08302-3602 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Terry Tucker | on behalf of Joint Debtor Joan Riggins terrytucker@comcast.net |
| Terry Tucker | on behalf of Debtor Brian P Riggins terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7