Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−17388−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brian P Riggins
dba B & J Riggins Trucking
2439 South Post Rd.
Shelby, NC 28152

Joan Riggins
fka Joan Homan, fka Joan Kumiski
2439 South Coast Rd
Shelby, NC 28152

Social Security No.:
xxx−xx−4647

xxx−xx−0543

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐ Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: December 3, 2025
JAN: def

                                                    Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-17388-ABA |
| Brian P Riggins | Chapter 13 |
| Joan Riggins | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 03, 2025 | Form ID: cscnodsc | Total Noticed: 61 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian P Riggins, 2439 South Post Rd., Shelby, NC 28152-8210 |
| jdb | | Joan Riggins, 2439 South Coast Rd, Shelby, NC 28152 |
| cr | + | QUICKEN LOANS, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) QUICKEN, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518861731 | + | 5th 3rd bank, POB 630412, Cincinnati, OH 45263-0412 |
| 518861733 | | BJ's, PO Box 659834, San Antonio, TX 78265 |
| 518989774 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518861746 | ++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307 address filed with court:, M+T Bank, 475 Cross Point Pkwy, Getzville, NY 14068 |
| 518861752 | + | Quicken Mortgage, POB 6570, Carol Stream, IL 60197-6570 |
| 518861758 | + | Sunnova, 20 Greenway Plaza, Houston, TX 77046-2011 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518869130 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 03 2025 20:49:00 | American Honda Finance Corporation, P.O. Box 168088, Irving TX 75016-8088 |
| 518917169 | + | Email/Text: g17768@att.com | Dec 03 2025 20:48:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 518896901 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 03 2025 20:49:00 | American Honda Fin Corp, POB 168088, Irving, TX 75016-8088 |
| 518861732 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 03 2025 20:48:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 518888142 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 03 2025 20:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518861734 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 03 2025 20:49:00 | Caesars Rewards, PO Box 659584, San Antonio, TX 78265 |
| 518861735 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 20-17388-ABA    Doc 78    Filed 12/05/25    Entered 12/06/25 00:18:27    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 03, 2025 | Form ID: cscnodsc | Total Noticed: 61 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 03 2025 20:56:30 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 518861736 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2025 21:08:05 | Caterpillar Financial, PO Box 78004, Phoenix, AZ 85062-8004 |
| 518861737 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2025 21:18:52 | Chase, PO Box 1423, Charlotte, NC 28201-1423 |
| 518861738 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2025 20:57:42 | Citibank, PO Box 70166, Philadelphia, PA 19176-0166 |
| 518861739 | + | Email/Text: mediamanagers@clientservices.com | Dec 03 2025 20:48:00 | Client Services, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 518861740 | + | Email/Text: mrdiscen@discover.com | Dec 03 2025 20:48:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 518872553 | | Email/Text: mrdiscen@discover.com | Dec 03 2025 20:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 518877136 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Dec 03 2025 20:48:00 | Fifth Third Bank, N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 518861741 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 03 2025 20:49:00 | Good Sam, PO Box 659820, San Antonio, TX 78265 |
| 518861743 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 03 2025 20:48:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518880297 | + | Email/Text: RASEBN@raslg.com | Dec 03 2025 20:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518875892 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 03 2025 20:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518861744 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 03 2025 20:49:00 | Key Bank, 127 Public Square, Cleveland, OH 44114-1221 |
| 518910341 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 03 2025 20:49:00 | KeyBank, N.A., 4910 Tiedeman Rd., Brooklyn, OH 44144-2338 |
| 518923807 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2025 20:57:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518861745 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 03 2025 20:57:49 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 518903783 | + | Email/Text: camanagement@mtb.com | Dec 03 2025 20:49:00 | M&T Bank, PO Box 1508, Buffalo, N.Y. 14240-1508 |
| 518861747 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 03 2025 20:57:27 | Old Navy, PO Box 960017, Orlando, FL 32896-0017 |
| 518861750 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 03 2025 20:48:00 | PNC, PO Box 856177, Louisville, KY 40285 |
| 518894939 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 03 2025 20:48:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 519771738 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2025 21:08:30 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519771739 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2025 21:08:12 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518930021 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2025 21:08:09 | Portfolio Recovery Associates, LLC, c/o Aeo Inc, POB 41067, Norfolk VA 23541 |
| 518919561 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2025 21:08:08 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518920328 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2025 21:08:21 | Portfolio Recovery Associates, LLC, c/o Lowes, |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 03, 2025 | Form ID: cscnodsc | Total Noticed: 61 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | POB 41067, Norfolk VA 23541 |
| 518861748 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 03 2025 20:57:51 | Pay Pal, PO Box 960080, Orlando, FL 32896-0080 |
| 518861749 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 03 2025 20:49:00 | Piercing Pagoda, PO Box 659819, San Antonio, TX 78265 |
| 518872649 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Dec 03 2025 20:49:00 | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) ET.AL., QUICKEN LOANS, LLC FORMERLY KNOWN AS, (FKA)QUICKEN LOANS INC., BANKRUPTCY TEAM,, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518921399 | | Email/Text: bnc-quantum@quantum3group.com | Dec 03 2025 20:49:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518921398 | | Email/Text: bnc-quantum@quantum3group.com | Dec 03 2025 20:49:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518861751 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Dec 03 2025 20:49:00 | Quicken Loans, PO Box 6577, Carol Stream, IL 60197-6577 |
| 518861753 | + | Email/Text: ngisupport@radiusgs.com | Dec 03 2025 20:48:00 | Radius Global, PO Box 390900, Minneapolis, MN 55439-0990 |
| 519021312 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 03 2025 20:48:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695 |
| 518861755 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 03 2025 20:49:00 | Sportsman Guide, PO Box 659569, San Antonio, TX 78265 |
| 518861756 | ^ | MEBN | Dec 03 2025 20:47:54 | State of New Jersey, Gross Income Tax, PO Box 046, Trenton, NJ 08601-0046 |
| 518861757 | + | Email/Text: bankruptcy@bbandt.com | Dec 03 2025 20:48:00 | Sun Trust, PO Box 791278, Baltimore, MD 21279-1278 |
| 518872263 | + | Email/Text: bankruptcy@bbandt.com | Dec 03 2025 20:48:00 | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 518918144 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2025 21:08:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518862551 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2025 21:08:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518895189 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 03 2025 20:49:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 518861759 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 03 2025 20:49:00 | US Bank, PO Box 790408, Saint Louis, MO 63179 |
| 518861760 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Dec 03 2025 20:56:12 | Wells Fargo, PO Box 77053, Minneapolis, MN 55480-7753 |
| 518889145 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Dec 03 2025 20:56:13 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 51

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518861742 | * | Internal Revenue Service, ATTN: Special Procedures Branch, Bankrup, Springfield, NJ 07081-0724 |
| 518875943 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

| | | |
|---|---|---|
| 518930020 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518872650 | *+ | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) ET.AL., QUICKEN LOANS, LLC FORMERLY KNOWN AS, (FKA) QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518861754 | ##+ | Robert Patitucci, MD, 70 Cornwell Drive, Bridgeton, NJ 08302-3602 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2025       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2025 at the address(es) listed below:**

**Name**           **Email Address**

Andrew B Finberg
courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
on behalf of Creditor QUICKEN LOANS  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jane L. McDonald
on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Terry Tucker
on behalf of Joint Debtor Joan Riggins terrytucker@comcast.net

Terry Tucker
on behalf of Debtor Brian P Riggins terrytucker@comcast.net

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7